1 WILLIAM A. SOKOL, Bar No. 072740
LINDA BALDWIN JONES, Bar No. 178922
2 EZEKIEL D. CARDER, Bar No. 206537
WEINBERG, ROGER & ROSENFELD
3 A Professional Corporation
1001 Marina Village Parkway, Suite 200
4 Alameda, California 94501-1091
Telephone 510.337.1001
5 Fax 510.337.1023

6 Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL BENSI, BART FLORENCE, JERRY KALMAR, and LYLE SETTER, in their capacities as Trustees of the STATIONARY ENGINEERS LOCAL 39 PENSION TRUST FUND; STATIONARY ENGINEERS LOCAL 39 HEALTH AND WELFARE TRUST FUND; and STATIONARY ENGINEERS LOCAL 39 ANNUITY TRUST FUND,<br><br>Plaintiffs,<br><br>v.<br><br>LITKE PROPERTIES, INC., a California Corporation,<br><br>Defendant. | No. C 11-03875 EMC<br><br>**STIPULATION TO EXTEND DEADLINE FOR DEFENDANT TO ANSWER COMPLAINT** ; ORDER |

Pursuant to Federal Rules of Civil Procedure 12, and Local Rule 6-1(a), Plaintiffs and Defendant hereby stipulate to extend the time within which Defendant has to answer or otherwise respond to the Complaint.

Plaintiffs filed the Complaint in this action on or around August 8, 2011, and Defendant was served with the Complaint and Summons on or around August 26, 2011. With this stipulation, Defendant's deadline for answering and or otherwise responding to the Complaint is extended to September 30, 2011.

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

Stipulation to Extend Deadline for Defendant to Answer Complaint (Case No. 11-03875 EMC)

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

1   The parties submit that the additional time will not alter any deadline set by the Court, and
2   agree that pursuant to Local Rule 6-1(a), this stipulation is respectfully submitted to the Court for
3   approval without the necessity of a hearing or Order.

4

5   Dated: August 31, 2011

6                                           WEINBERG, ROGER & ROSENFELD
                                            A Professional Corporation
7

8                                           By:   /s/ Linda Baldwin Jones
                                                  WILLIAM A. SOKOL
9                                                 LINDA BALDWIN JONES
                                                  EZEKIEL D. CARDER
10                                                Attorneys for Plaintiffs

11  Dated: August 31, 2011

12                                          EVANS & HEIL

13
                                            By:   /s/ Leland B. Evans
14                                                LELAND B. EVANS
                                                  Attorneys for Defendant
15

16  128627/634966

17

18      IT IS SO ORDERED:

19

20      _____
        Edward M. Chen
21      U.S. District Judge

*IT IS SO ORDERED* — Judge Edward M. Chen (United States District Court, Northern District of California seal)

- 2 -

Stipulation to Extend Deadline for Defendant to Answer Complaint (Case No. 11-03875 EMC)

# CERTIFICATE OF SERVICE

I am a citizen of the United States and an employee in the County of Alameda, State of California.  I am over the age of eighteen years and not a party to the within action; my business address is 1001 Marina Village Parkway, Suite 200, Alameda, California 94501-1091.  On September 2, 2011, I served upon the following parties in this action:

>Lee B. Evans
>Law Offices of Evans & Heil
>8 Harris Court, Suite A-1
>Monterey, CA  93940

copies of the document(s) described as:

**STIPULATION TO EXTEND DEADLINE FOR DEFENDANT TO ANSWER COMPLAINT**

[X]  **BY MAIL**  I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Alameda, California. I am readily familiar with the practice of Weinberg, Roger & Rosenfeld for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

[ ]  **BY PERSONAL SERVICE**  I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and caused the same to be delivered by hand to the offices of each addressee.

[ ]  **BY OVERNIGHT DELIVERY SERVICE**  I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and placed the same for collection by Overnight Delivery Service by following the ordinary business practices of Weinberg, Roger & Rosenfeld, Alameda, California.  I am readily familiar with the practice of Weinberg, Roger & Rosenfeld for collection and processing of Overnight Delivery Service correspondence, said practice being that in the ordinary course of business, Overnight Delivery Service correspondence is deposited at the Overnight Delivery Service offices for next day delivery the same day as Overnight Delivery Service correspondence is placed for collection.

[ ]  **BY FACSIMILE**  I caused to be transmitted each document listed herein via the fax number(s) listed above or on the attached service list.

I certify under penalty of perjury that the above is true and correct.  Executed at Alameda, California, on September 2, 2011.

/s/ Joanna Son
Joanna Son

**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

- 3 -
Stipulation to Extend Deadline for Defendant to Answer Complaint (Case No. 11-03875 EMC)