1  WILLIAM A. SOKOL, Bar No. 072740
   LINDA BALDWIN JONES, Bar No. 178922
2  EZEKIEL D. CARDER, Bar No. 206537
   WEINBERG, ROGER & ROSENFELD
3  A Professional Corporation
   1001 Marina Village Parkway, Suite 200
4  Alameda, California 94501-1091
   Telephone 510.337.1001
5  Fax 510.337.1023

6  Attorneys for Plaintiffs

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11  PAUL BENSI, BART FLORENCE, JERRY        ) No.    C 11-03875 EMC
    KALMAR, and LYLE SETTER, in their       )
12  capacities as Trustees of the STATIONARY )
    ENGINEERS LOCAL 39 PENSION TRUST        ) **STIPULATION TO EXTEND**
13  FUND; STATIONARY ENGINEERS LOCAL        ) **DEADLINE FOR DEFENDANT TO**
    39 HEALTH AND WELFARE TRUST FUND;       ) **ANSWER COMPLAINT**   ; ORDER
14  and STATIONARY ENGINEERS LOCAL 39       )
    ANNUITY TRUST FUND,                     )
15                                          )
                Plaintiffs,                 )
16                                          )
           v.                               )
17                                          )
    LITKE PROPERTIES, INC., a California    )
18  Corporation,                            )
                                            )
19              Defendant.                  )
    _____)
20

21

22        Pursuant to Federal Rules of Civil Procedure 12, and Local Rule 6-1(a), Plaintiffs and

23  Defendant hereby stipulate to extend the time within which Defendant has to answer or otherwise

24  respond to the Complaint.

25        Plaintiffs filed the Complaint in this action on or around August 8, 2011, and Defendant

26  was served with the Complaint and Summons on or around August 26, 2011.  On September 2,

27  2011, the Parties submitted a Stipulation to Extend Deadline for Defendant to Answer Complaint

28  ("Stipulation") extending Defendant's deadline to respond to the Complaint to September 30,

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

1   2011.  The Court so Ordered the Stipulation on September 16, 2011.  Defendant has now retained

2   new counsel, the Abraham Law Offices, to represent them in this action, who needs additional time

3   to familiarize himself with the pending action prior to filing an answer.  With this stipulation,

4   Defendant's deadline for answering and or otherwise responding to the Complaint is extended to

5   December 2, 2011.

6        The parties submit that the additional time will not alter any deadline set by the Court, and

7   agree that pursuant to Local Rule 6-1(a), this stipulation is respectfully submitted to the Court for

8   approval without the necessity of a hearing or Order.

9

10  Dated: November 17, 2011

11                              WEINBERG, ROGER & ROSENFELD
                                A Professional Corporation
12

13                              By:   /s/ Ezekiel D. Carder
                                      WILLIAM A. SOKOL
14                                    LINDA BALDWIN JONES
                                      EZEKIEL D. CARDER
15                                    Attorneys for Plaintiffs

16  Dated: November 17, 2011

17                              ABRAHAM LAW OFFICES

18
                                By:   /s/ A.K. Abraham
19                                    A.K. ABRAHAM
                                      Attorneys for Defendant
20

21  128627/644701

22     IT IS SO ORDERED:

23

24  _____

25  Edward M. Chen
    U.S. District Judge

26

27

28

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

Stipulation to Extend Deadline for Defendant to Answer Complaint (Case No. 11-03875 EMC)

## CERTIFICATE OF SERVICE

I am a citizen of the United States and an employee in the County of Alameda, State of California.  I am over the age of eighteen years and not a party to the within action; my business address is 1001 Marina Village Parkway, Suite 200, Alameda, California 94501-1091.  On November 17, 2011, I served upon the following parties in this action:

>   A.K. Abraham
>   Abraham Law Offices
>   155 Bovet Road
>   Suite 780
>   San Mateo, CA 94402

copies of the document(s) described as:

**STIPULATION TO EXTEND DEADLINE FOR DEFENDANT TO ANSWER COMPLAINT**

**[X]**   **BY MAIL**  I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Alameda, California. I am readily familiar with the practice of Weinberg, Roger & Rosenfeld for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

**[ ]**   **BY PERSONAL SERVICE**  I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and caused the same to be delivered by hand to the offices of each addressee.

**[ ]**   **BY OVERNIGHT DELIVERY SERVICE**  I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and placed the same for collection by Overnight Delivery Service by following the ordinary business practices of Weinberg, Roger & Rosenfeld, Alameda, California.  I am readily familiar with the practice of Weinberg, Roger & Rosenfeld for collection and processing of Overnight Delivery Service correspondence, said practice being that in the ordinary course of business, Overnight Delivery Service correspondence is deposited at the Overnight Delivery Service offices for next day delivery the same day as Overnight Delivery Service correspondence is placed for collection.

**[ ]**   **BY FACSIMILE**  I caused to be transmitted each document listed herein via the fax number(s) listed above or on the attached service list.

I certify under penalty of perjury that the above is true and correct.  Executed at Alameda, California, on November 17, 2011.

/s/ Joanna Son
Joanna Son

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

- 3 -