WILLIAM A. SOKOL, Bar No. 072740
LINDA BALDWIN JONES, Bar No. 178922
EZEKIEL D. CARDER, Bar No. 206537
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone 510.337.1001
Fax 510.337.1023

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL BENSI, BART FLORENCE, JERRY KALMAR, and LYLE SETTER, in their capacities as Trustees of the STATIONARY ENGINEERS LOCAL 39 PENSION TRUST FUND; STATIONARY ENGINEERS LOCAL 39 HEALTH AND WELFARE TRUST FUND; and STATIONARY ENGINEERS LOCAL 39 ANNUITY TRUST FUND,<br><br>Plaintiffs,<br><br>v.<br><br>LITKE PROPERTIES, INC., a California Corporation,<br><br>Defendant. | No.   C 11-03875 EMC<br><br>**STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES; [PROPOSED] ORDER** |

Pursuant to Civil Local Rules 7-12 and 16-2, Plaintiffs and Defendant hereby respectfully request that the Initial Case Management Conference scheduled for December 20, 2011 at 9:00 a.m. and related deadlines be continued for sixty (60) days to allow the Parties additional time to continue their discussions regarding a possible resolution of this action without the necessity of further litigation, time and expense.

Plaintiffs and Defendant have been engaged in informal discussions and are requesting a continuance of the Case Management Conference and related deadlines to allow the Parties

1  additional time for the Defendant to provide Plaintiffs with the documents necessary for Plaintiffs'
2  auditors to complete the audit sought in the Complaint. The Parties have not requested a prior
3  continuance of the Case Management Conference and related deadlines.
4      The Parties expect that the requested extension of the date for the Initial Case Management
5  Conference will have no adverse effect on the schedule for the case. No trial date or other
6  deadlines have yet been set. The requested extension may facilitate the resolution of the action.
7  The continuance of the Case Management Conference would promote judicial efficiency as
8  Defendant has agreed to provide the documents necessary for Plaintiffs' auditors to complete the
9  audit sought in the Complaint.
10 Dated: December 12, 2011

          WEINBERG, ROGER & ROSENFELD
          A Professional Corporation

          By: /s/ Ezekiel D. Carder
               WILLIAM A. SOKOL
               LINDA BALDWIN JONES
               EZEKIEL D. CARDER
               Attorneys for Plaintiffs

16 Dated: December 12, 2011

          ABRAHAM LAW OFFICES

          By: /s/ A.K. Abraham
               A.K. ABRAHAM
               Attorneys for Defendant

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

- 3 -

**[PROPOSED] ORDER**

Based upon the foregoing Stipulated Request to Continue Case Management Conference and Related Deadlines, the Court orders the continuance of the Initial Case Management Conference and related deadlines for sixty (60) days, or as soon thereafter as a court date is available. In addition, the Court Orders: CMC is reset for 2/24/12 at 9:00 a.m. Joint CMC statement is due 2/17/12.

Dated: December 13, 2011

_____
HONORABLE
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Edward M. Chen

128627/647657

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

- 3 -
Stipulated Request to Continue Case Management Conference and Related Deadlines; [Proposed] Order
(Case No. 11-03875 EMC)

# CERTIFICATE OF SERVICE

I am a citizen of the United States and an employee in the County of Alameda, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 1001 Marina Village Parkway, Suite 200, Alameda, California 94501-1091. On December 12, 2011, I served upon the following parties in this action:

A.K. Abraham
Abraham Law Offices
1056 Windjammer Circle
Foster City, CA  94404-3057

copies of the document(s) described as:

**STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES; [PROPOSED] ORDER**

[X]   **BY MAIL**  I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Alameda, California. I am readily familiar with the practice of Weinberg, Roger & Rosenfeld for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

[ ]   **BY OVERNIGHT DELIVERY SERVICE**  I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and placed the same for collection by Overnight Delivery Service by following the ordinary business practices of Weinberg, Roger & Rosenfeld, Alameda, California. I am readily familiar with the practice of Weinberg, Roger & Rosenfeld for collection and processing of Overnight Delivery Service correspondence, said practice being that in the ordinary course of business, Overnight Delivery Service correspondence is deposited at the Overnight Delivery Service offices for next day delivery the same day as Overnight Delivery Service correspondence is placed for collection.

[ ]   **BY FACSIMILE**  I caused to be transmitted each document listed herein via the fax number(s) listed above or on the attached service list.

I certify under penalty of perjury that the above is true and correct. Executed at Alameda, California, on December 12, 2011.

/s/ Joanna Son
Joanna Son

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

- 4 -
Stipulated Request to Continue Case Management Conference and Related Deadlines; [Proposed] Order
(Case No. 11-03875 EMC)