WILLIAM A. SOKOL, Bar No. 072740
LINDA BALDWIN JONES, Bar No. 178922
EZEKIEL D. CARDER, Bar No. 206537
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone 510.337.1001
Fax 510.337.1023

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL BENSI, BART FLORENCE, JERRY KALMAR, and LYLE SETTER, in their capacities as Trustees of the STATIONARY ENGINEERS LOCAL 39 PENSION TRUST FUND; STATIONARY ENGINEERS LOCAL 39 HEALTH AND WELFARE TRUST FUND; and STATIONARY ENGINEERS LOCAL 39 ANNUITY TRUST FUND,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>LITKE PROPERTIES, INC., a California Corporation,<br><br>　　　　　Defendant. | No.　C 11-03875 YGR<br><br>**STIPULATION FOR DISMISSAL;** [~~PROPOSED~~] **ORDER** |

　　　　Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties, Plaintiffs Paul Bensi, Bart Florence, Jerry Kalmar, and Lyle Setter, in their capacities as Trustees of the Stationary Engineers Local 39 Pension Trust Fund, Stationary Engineers Local 39 Health and Welfare Trust Fund, and the Stationary Engineers Local 39 Annuity Trust Fund and Defendant Litke Properties, Inc., by and through the undersigned counsel, hereby stipulate to the dismissal without prejudice of Plaintiff's Complaint for an Injunction, Breach of Contract, and Damages According to Proof against Defendant, who has appeared in this action.  Further, the parties

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

Stipulation for Dismissal; [~~Proposed~~] Order
(Case No. 11-03875 YGR)

1 stipulate and agree that each side is to bear their own attorneys' fees and costs.

2 Dated: July 27, 2012

3         WEINBERG, ROGER & ROSENFELD
        A Professional Corporation

5         By: /s/ Linda Baldwin Jones
             LINDA BALDWIN JONES
6              EZEKIEL D. CARDER
             Attorneys for Plaintiffs

Dated: July 27, 2012

        ABRAHAM LAW OFFICES

        By: /s/ A.K. Abraham
             A.K. ABRAHAM
             Attorneys for Defendant

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

# [~~PROPOSED~~] ORDER

IT IS SO ORDERED

Dated: __July 30__, 2012

_____
HONORABLE YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE

128627/677319

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001